FRANCIS HIGGINS as Receiver of the NORTH RIVER BANK IN
THE CITY OF NEW YORK, Appellant, *v.* WILLIAM E. TEFFT,
Respondent, Impleaded with EDWARD E. GEDNEY et al.

*Higgins* v. *Tefft,* 38 App. Div. 622, appeal dismissed.
(Argued April 17, 1899; decided April 25, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1899, affirming a judgment in favor of defendant Tefft entered upon a decision of the court on trial at Special Term, sustaining his demurrer to the complaint, and dismissing the complaint as to him.

The motion was made upon the ground that the appeal is an attempt to review the discretion of the court below, and is unauthorized by law.

*Oliver B. Goldsmith* and *William B. Ellison* for motion.

*Leopold Leo, T. C. T. Crain* and *Benjamin Yates* opposed.

Motion granted and appeal dismissed, with costs.

---

EMMA VAN WERT, Appellant, *v.* THE ST. PAUL FIRE AND
MARINE INSURANCE COMPANY, Respondent.

*Van Wert* v. *St. Paul F. & M. Ins. Co.,* 13 App. Div. 622, appeal dismissed.
(Submitted April 24, 1899; decided May 2, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1897, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint, on trial at Circuit.

The motion was made upon the ground of the failure of appellant to file an undertaking on appeal.

*William D. Murray* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.